# Liupakka Decl. Ex. 2

# MH PRIVATE EQUITY FUND, LLC
## CAPITAL CALL NOTICE
## DECEMBER 22, 2005

Merchant Capital, LLC
c/o Menard, Inc.
4777 Menard Drive
Eau Claire, WI 54703
ATTN: John R. Menard, Jr.

In accordance with Section 5.3 of the Operating Agreement of MH Private Equity Fund, LLC dated August 31, 2005, the Manager hereby calls for Merchant Capital, LLC, the Menard Member of that Fund, to make a capital contribution to the Fund of Fifteen Million Dollars ($15,000,000). This amount will be used by the Fund for the initial investment in ORBCOMM Inc.

In accordance with the Agreement, such Capital Contribution is payable not later than three business days after this notice or December 27, 2005. Wiring instructions for this payment are attached.

Capitalized terms used in this notice are defined in the Operating Agreement of MH Private Equity Fund, LLC dated August 31, 2005.

If there are any questions on this matter, please contact Rollin M. Dick

MH Private Equity Fund, LLC

By: *[signature: Stephen C. Hilbert]*

Stephen C. Hilbert
President & CEO

# WIRING INSTRUCTIONS

| | |
|---|---|
| **BANK:** | JP MORGAN CHASE, Indianapolis, IN 46227 |
| **ABA ROUTING:** | 021000021 |
| **ACCOUNT NAME:** | MH Private Equity Fund, LLC |
| **ACCOUNT #:** | REDACTED |
| **AMOUNT OF:** | Fifteen Million Dollars ($15,000,000) (US DOLLARS) |

Debit Acct # REDACTED

# 7766