**Liupakka Decl. Ex. 3**



# MH PRIVATE EQUITY FUND, LLC
## CAPITAL CALL NOTICE
### June 14, 2006

Merchant Capital, LLC
c/o Menard, Inc.
4777 Menard Drive
Eau Claire, WI 54703
ATTN: John R. Menard, Jr.

In accordance with Section 5.3 of the Operating Agreement of MH Private Equity Fund, LLC dated August 31, 2005; the Manager hereby calls for Merchant Capital, LLC, the Menard Member of that Fund, to make a capital contribution to the Fund of Forty Million One Hundred Thousand Dollars ($40,100,000). This amount will be used by the Fund for the investment in MH Equity Services LLC and its subsidiaries, United Marketing Group LLC and Teleformix LLC.

In accordance with the Agreement, such Capital Contribution is payable not later than three business days after this notice. This notice gives two extra days notice; we ask that the funds be transferred on June 21, 2006. Wiring instructions for this payment are attached.

Capitalized terms used in this notice are defined in the Operating Agreement of MH Private Equity Fund, LLC dated August 31, 2005.

If there are any questions on this matter, please contact Rollin M. Dick

MH Private Equity Fund, LLC

By: _____
Stephen C. Hilbert
President & CEO

# WIRING INSTRUCTIONS

BANK: JP MORGAN CHASE, Indianapolis, IN 46227

ABA ROUTING: 021000021

ACCOUNT NAME: MH Private Equity Fund, LLC

ACCOUNT #: REDACTED

AMOUNT OF: Forty Million One Hundred Thousand Dollars ($40,100,000) (US DOLLARS)