# Liupakka Decl. Ex. 4

# MH PRIVATE EQUITY FUND, LLC
## CAPITAL CALL NOTICE
## July 31, 2006

Merchant Capital, LLC
c/o Menard, Inc.
4777 Menard Drive
Eau Claire, WI 54703
ATTN: John R. Menard, Jr.

In accordance with Section 5.3 of the Operating Agreement of MH Private Equity Fund, LLC dated August 31, 2005; the Manager hereby calls for Merchant Capital, LLC, the Menard Member of that Fund, to make a capital contribution to the Fund of One Hundred Twenty-Eight Million, Four Hundred Ten Thousand Dollars ($128,410,000). This amount will be used by the Fund for the Investment in New Sunshine LLC and its subsidiaries, including Australian Gold and ETS.

We would appreciate receiving this transfer Tuesday morning, August 1, 2006. Wiring instructions for this payment are attached.

Capitalized terms used in this notice are defined in the Operating Agreement of MH Private Equity Fund, LLC dated August 31, 2005.

If there are any questions on this matter, please contact Rollin M. Dick

MH Private Equity Fund, LLC

By: _____
Rollie M. Dick

# WIRING INSTRUCTIONS

**BANK:**           JP MORGAN CHASE, Indianapolis, IN 46227

**ABA ROUTING:**    021000021

**ACCOUNT NAME:**   MH Private Equity Fund, LLC

**ACCOUNT #:**      REDACTED

**AMOUNT OF:**      One Hundred Twenty-Eight Million and Four Hundred Ten Thousand Dollars ($128,410,000) (US DOLLARS)