# Liupakka Decl. Ex. 7



# MH PRIVATE EQUITY FUND, LLC
## CAPITAL CALL NOTICE
### August 30, 2007

Merchant Capital, LLC
c/o Menard, Inc.
4777 Menard Drive
Eau Claire, WI 54703
ATTN: John R. Menard, Jr.

In accordance with Section 5.3 of the Operating Agreement of MH Private Equity Fund, LLC dated August 31, 2005, the Manager hereby calls for Merchant Capital, LLC, the Menard Member of that Fund, to make a capital contribution to the Fund of Thirty Million Dollars ($30,000,000). This amount will be used by the Fund for the investment in Designer Skin, LLC and its subsidiaries.

We would appreciate receiving this transfer Thursday morning, August 30, 2007. Wiring instructions for this payment are attached.

Capitalized terms used in this notice are defined in the Operating Agreement of MH Private Equity Fund, LLC dated August 31, 2005.

If there are any questions on this matter, please contact Rollin M. Dick

MH Private Equity Fund, LLC

By: _____
Rollie M. Dick

6270 Corporate Drive
Suite 200
Indianapolis, Indiana 46278
317.582.2100
317.218.1705
www.mhequity.com



## WIRING INSTRUCTIONS

| | |
|---|---|
| **BANK:** | JP MORGAN CHASE, Indianapolis, IN 46227 |
| **ABA ROUTING:** | 021000021 |
| **ACCOUNT NAME:** | MH Private Equity Fund, LLC |
| **ACCOUNT #:** | REDACTED |
| **AMOUNT OF:** | Thirty Million Dollars ($30,000,000) (US DOLLARS) |

6270 Corporate Drive
Suite 200
Indianapolis, Indiana 46278
317.582.2100
317.218.1705
www.mhequity.com