# Liupakka Decl. Ex. 20

# MH PRIVATE EQUITY FUND, LLC
# CAPITAL CALL NOTICE
# AUGUST 20, 2010

Merchant Capital, LLC
c/o Menard, Inc.
4777 Menard Drive
Eau Claire, WI 54703
ATTN: John R. Menard, Jr.

In accordance with Section 5.3 of the Operating Agreement of MH Private Equity Fund, LLC (the "Fund") dated August 31, 2005; the Manager hereby calls for Merchant Capital, LLC, the Menard Member of that Fund, to make a capital contribution to the Fund of Three Million Nine Hundred Four Thousand Eight Hundred Forty-Five Dollars ($3,904,845). This amount will be used by the Fund for the management fee applicable to the Management Fee Year beginning August 31, 2010 as shown on the attached calculation.

Wiring instructions for this payment are attached.

Capitalized terms used in this notice are defined in the Operating Agreement of MH Private Equity Fund, LLC dated August 31, 2005 and the First Amendment to the Operating Agreement of MH Private Equity Fund, LLC dated May 6, 2009.

If there are any questions on this matter, please contact Rollin M. Dick.

MH Private Equity Fund, LLC

By: _____
Stephen C. Hilbert
President & CEO

# WIRING INSTRUCTIONS

BANK:               The National Bank of Indianapolis, Indianapolis, IN

ABA ROUTING:        074006674

ACCOUNT NAME:       MH Private Equity Fund, LLC

ACCOUNT #:          REDACTED

AMOUNT OF:          $3,904,845 (US DOLLARS)
                    (Three Million Nine Hundred Four Thousand
                          Eight Hundred Forty-Five Dollars)

## MH PRIVATE EQUITY FUND, LLC

MANAGEMENT FEE FOR THE MANAGEMENT FEE YEAR BEGINNING AUGUST 31, 2010, CALCULATED IN ACCORDANCE WITH SECTION 5.6 OF THE OPERATING AGREEMENT

A.  1.36% of the following per Section 5.6(b)B(i):
    Purchase price paid for all securities held:

| | |
|---|---:|
| ORBCOMM | $ 15,000,000 |
| UMG | 40,092,500 |
| Sunshine (initial investment) | 128,410,000 |
| Sunshine (additional for CalTan) | 38,500,000 |
| Sunshine (additional for Designer Skin) | 30,000,000 |
| Entertainment | 35,118,431 |
| Centaur Note | - |
| Centaur Bonds | 7,497,678 |
| Total | 294,618,609 |
| 1.36% thereof | $ 4,006,813 |
| Portion of fee to MH Private Equity Fund, LLC (the first Fund | $ 3,904,845 |
| Portion of fee to MH Private Equity Fund II, LLC | 101,968 |
| Total | $ 4,006,813 |