# Liupakka Decl. Ex. 24

# MH PRIVATE EQUITY FUND II, LLC
# CAPITAL CALL NOTICE
# AUGUST 4, 2011

Merchant Capital, LLC
c/o Menard, Inc.
4777 Menard Drive
Eau Claire, WI 54703
ATTN: John R. Menard, Jr.

In accordance with Section 5.3 of the Operating Agreement of MH Private Equity Fund II, LLC (the "Fund") dated October 26, 2007; the Manager hereby calls for Merchant Capital, LLC, the Menard Member of that Fund, to make a capital contribution to the Fund of One Hundred One Thousand Nine Hundred Sixty-Eight Dollars ($101,968). This amount will be used by the Fund for the management fee applicable to the Management Fee Year beginning August 31, 2011 as shown on the attached calculation.

Wiring instructions for this payment are attached.

Capitalized terms used in this notice are defined in the Operating Agreement of MH Private Equity Fund II, LLC dated October 26, 2007 and the First Amendment to the Operating Agreement of MH Private Equity Fund II, LLC dated May 6, 2009.

If there are any questions on this matter, please contact Rollin M. Dick.

MH Private Equity Fund II, LLC

By: _____
Stephen C. Hilbert
President & CEO

# **WIRING INSTRUCTIONS**

**BANK:**           The National Bank of Indianapolis, Indianapolis, IN

**ABA ROUTING:**    074006674

**ACCOUNT NAME:**   MH Private Equity Fund II, LLC

**ACCOUNT #:**      REDACTED

**AMOUNT OF:**      $101,968 (US DOLLARS)
(One Hundred One Thousand Nine Hundred Sixty-Eight Dollars)