IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MERCHANT CAPITAL, LLC.,
MH PRIVATE EQUITY FUND, LLC.,
PRIVATE EQUITY FUND II, LLC.,
MENARD, INC., NEW SUNSHINE, LLC.,
AUSTRALIAN GOLD, LLC.,
MH INVESTORS SATELLITE, LLC.,
MH INVESTORS UNITED, LLC.,
UNITED MARKETING GROUP, LLC.,

ORDER

Plaintiffs,

13-cv-416-bbc

v.

MH EQUITY MANAGING MEMBER, LLC.,
MH EQUITY MANAGING MEMBER, II.,LLC.,
STEPHEN C. HILBERT, JAMES ADAMS,
ROLLIN DICK, RONALD GERWIG,
RUSSELL MAYERFELD, MH PRIVATE
EQUITY FUND, LLC., and
MH PRIVATE EQUITY FUND, II., LLC.,

Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

The parties in this case have filed a joint notice of agreement to remand this case to state court for further proceedings, dkt. #79, now that the bankruptcy case that provided the basis for removing this case to federal court has been dismissed. I will remand the case and deny as moot plaintiffs' motions to remand, dkts. ##4 & 78, and their motion for oral argument, dkt. # 27. Finally, I will grant the parties' request to vacate the deadlines for answering or responding to the amended complaint, dkt. #67, and the briefing schedule on

defendants' motions to dismiss, dkt. #76.

ORDER

IT IS ORDERED that this case is REMANDED to the Circuit Court for Eau Claire County, Wisconsin. The plaintiffs' motions to remand, dkt. ##4 & 78, and motion for oral argument, dkt. #27, are DENIED as moot. The deadlines for answering or responding to the amended complaint, dkt. #67, and the briefing schedule for defendants' motions to dismiss, dkt. #76, are VACATED.

Entered this 20th day of November, 2013.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge